

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

APN:RJV:rjv
DJ# 39-39-2470

November 26, 2025

**VIA CM/ECF**

Hon. Susan Bindler, Clerk of the Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102

  Re: *Joaquin Herrera Avila.v. Bondi, et al.*
  8th Cir. Case No. 25-3246; District Court No. 0:25-cv-03741-JRT-SGE

Dear Ms. Bindler:

  Pursuant to F.R.A.P 28(j), Respondents provide the November 25, 2025 Order issued by the United States Court of Appeals for the Sixth Circuit in *Jesus Jose Pizarro Reyes v. Raycraft,* No. 25-1982 (6th Cir.), granting, in part, the Government's motion to expedite briefing and oral argument. *See* Exhibit.

  The issues facing the Sixth Circuit in *Pizarro Reyes* are virtually identical to those presented to this Court in Respondents' appeal of the district court's order granting Petitioner's Petition for *Writ of Habeas Corpus*. The Sixth Circuit's Order requiring the *Pizarro Reyes* matter to be "submitted to the court at the earliest practicable date that the court's schedule will permit" demonstrates the serious nature of the immigration detention issues at stake and the need for the circuit courts to quickly issue rulings that will provide clarity for the case at bar and hundreds like it currently working their way through courts across the country.

Accordingly, Respondents respectfully request that the Court grant their motion to expedite and set the following briefing schedule for the appeal:

Opening Brief: December 1, 2025

Answering Brief: December 31, 2025

Reply Brief: January 16, 2026

In addition, Respondents request that the Court schedule this appeal for oral argument during the February 9-13, 2026, sitting, or at an earlier time of the Court's preference.

Sincerely,

/s/ *Russell J.E. Verby*
RUSSELL J.E. VERBY
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 616-482
russell.verby@usdoj.gov

Cc:  Counsel for Petitioner (via CM/ECF)

2

# EXHIBIT

No.  25-1982

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 25, 2025
KELLY L. STEPHENS, Clerk

JESUS JOSE PIZARRO REYES,                      )
                                               )
      Petitioner - Appellee,             )
                                               )
v.                                             )          O R D E R
                                               )
KEVIN RAYCRAFT, in his official capacity as    )
Acting Field Office Director of Enforcement and )
Removal Operations, Detroit Field Office,       )
                                               )
      Respondent - Appellant.            )

The respondent appeals the district court's order granting the petitioner habeas relief under 28 U.S.C. § 2241.  The respondent moves to expedite briefing and oral argument.  The petitioner responds in opposition, and the respondent replies.  The petitioner has also filed an additional citation under Federal Rule of Appellate Procedure 28(j).

This appeal is one of four currently pending in this court challenging the lawfulness of detention under 8 U.S.C. § 1225(b)(2).  The respondent has moved to hold the other appeals in abeyance pending a decision in this matter.

Upon review, the motion to expedite is GRANTED IN PART.  As all four appeals will be submitted to the same panel for consideration on the same day, the clerk will issue a uniform expedited briefing schedule for the respondents in Nos. 25-1965/1969/1978 and for the petitioners in all four appeals.  The respondents shall file their principal brief in Nos. 25-1965/1969/1978 by December 11, 2025.  The petitioners shall file their principal briefs by January 8, 2026.  The respondents may reply by January 15, 2026.  The parties are advised that no extensions of time for

briefing deadlines will be granted.  The parties may adopt arguments by reference within the brief or by filing a notification, without need for a separate motion.  Fed. R. App. P. 28(i).

The cases will be submitted to the court at the earliest practicable date that the court's schedule will permit.  The determinations of whether and when to conduct oral argument—and the format of same—and whether to expedite the issuance of a decision are reserved to the merits panel to which these appeals will be assigned.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk