

November 28, 2025

Susan E. Bindler, Clerk of the Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street Room 24.329
St. Louis, MO, 63102

**Re:** **Joaquin Herrera Avila v. Bondi, et al., No. 25-3248**
Response to Respondents-Appellants' Rule 28(j) Letter

Dear Ms. Bindler:

Petitioner submits this letter under Rule 28(j) in response to Respondents' letter regarding the Sixth Circuit's order in *Pizarro Reyes v. Raycraft*, No. 25-1982 (6th Cir. Nov. 25, 2025). Respondents assert that the order supports their motion to expedite the briefing schedule here. But the Sixth Circuit in fact rejected the government's proposed briefing schedule in Pizarro Reyes and set a briefing schedule on a timeline closer to what Petitioner has proposed.

The government sought the following expedited briefing schedule in *Pizarro Reyes*: opening brief due November 21, 2025; answering brief due December 12, 2025 (21 days later); and, reply brief due December 23, 2025 (11 days later).. The petitioner in that appeal opposed, and the Sixth Circuit set the following schedule instead: opening brief due December 11, 2025; answering brief due January 8, 2026 (28 days later); and reply brief due January 15 (7 days later).. Thus, the Sixth Circuit's order supports Petitioner's opposition to the motion to expedite.

Respondents' proposed schedule would have Petitioner's brief due on December 31, 2025, and demands that this Court and Petitioner work on an expedited schedule over the upcoming holidays. As Petitioner explained, the large number of cases raising the legal issue at the heart of this appeal signals its importance and counsels for a routine schedule to allow for robust briefing and involvement of interested amici.

Petitioner thus proposes a schedule similar to what the Sixth Circuit has set:

Appellate Case: 25-3248    Page: 1    Date Filed: 11/28/2025 Entry ID: 5584863

Opening Brief: December 15, 2025

Answering Brief:     January 12, 2026

Reply Brief:     January 19, 2026

Sincerely,

/s/ David Wilson
David L. Wilson, Esq.
Petitioner / Appellee Attorney

CC (via CM/ECF): Counsel of Record

## CERTIFICATE OF COMPLIANCE & SERVICE VIA ECF

I certify that Petitioner's reply to the Respondent's 28j letter with the applicable word limit because, excluding the parts of the document exempted by rule, this document contains 344 words.

I further certify that the letter has been simultaneously served upon filing on all parties through their attorneys who are registered and participating in ECF.

Dated: November 28, 2025      /s/ David Wilson

David L. Wilson, Esq.
MN ID # 0280239
dwilson@wilsonlg.com
WILSON LAW GROUP
3019 Minnehaha Avenue
Minneapolis, MN 55406
(612) 436-7100
*Attorney for Petitioner*