[Oral Argument Not Yet Scheduled]
_____
**No. 25-3248**

**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

Joaquin HERRERA AVILA,

*Petitioner–Appellee,*

v.

Pamela BONDI, Attorney General; *et al.*,

*Respondents–Appellants.*

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MINNESOTA
No. 0:25-cv-03741-JRT-SGE
Hon. John R. Tunheim

**JOINT MOTION FOR JUDICIAL NOTICE
AND EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner-Appellee, Joaquin Herrera Avila ("Petitioner"), through undersigned counsel, respectfully moves for judicial notice of the attached chart of decisions at Exhibit A. Respondents-Appellants ("Respondents"), through counsel, consent to this motion. The Petitioner and Respondents further agree to a three-day extension of time for

1

the Respondents to file their reply brief. The parties therefore submit this joint motion for judicial notice and an extension, and state in support thereof:

1. This appeal arises from the October 21, 2025, order of the United States District Court for the District of Minnesota granting Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

2. The Court expedited Respondents' appeal with the following schedule: Respondents' opening brief due December 15, 2025; Petitioner's response brief due January 12, 2026; Respondents' reply brief due January 20, 2026. Order (Dec. 12, 2025).

3. Petitioner filed his response brief and addendum on January 12, 2026. The addendum included a chart of all the district court decisions in this Circuit of which Petitioner is aware, as of January 11, 2026, that address the legal question presented in this appeal regarding the scope of detention under 8 U.S.C. § 1226 and § 1225(b)(2).

4. On January 15, 2026, the Court directed that Petitioner refile his brief and addendum to comply with the local rules by removing the chart of decisions from the addendum. Compliance with the rule will require Petitioner to amend his brief substantively because it refers to the chart of decisions.

5. Petitioner thus respectfully moves for judicial notice of the chart that has been reproduced at Exhibit A. The chart of decisions is highly relevant, will aid

2

the Court in resolving the issue on appeal, and is subject to judicial notice. All of the district court decisions are publicly available and directly address the legal issue in this case. Of the 69 decisions listed in the chart, 53 post-date the district court's decision. Rather than providing a long string cite of these decisions, Petitioner has organized the decisions by district court, judge, and outcome for the convenience of the Court. The chart also notes cases that have pending appeals before this Court.

6. The Court regularly takes judicial notice of proceedings in other courts "if they relate directly to the matters at issue." *See, e.g.*, *Zerger & Mauer LLP v. City of Greenwood*, 751 F.3d 928, 935 n.7 (8th Cir. 2014) (quoting *Conforti v. United States*, 74 F.3d 838, 840 (8th Cir. 1996)); *Great Plains Tr. Co. v. Union Pac. R. Co.*, 492 F.3d 986, 996 (8th Cir. 2007) (same). The decisions made by those district courts are "capable of accurate and ready determination from a source whose accuracy is beyond reasonable doubt." *Holloway v. Lockhart*, 813 F.2d 874, 878–79 (8th Cir. 1987).

7. Respondents consent to the motion for judicial notice and request an additional three days to file their reply brief, resetting the deadline from January 20, 2026 to January 23, 2026. Petitioner does not oppose this extension request.

WHEREFORE, for these reasons, the parties respectfully request that the Court grant the motion for judicial notice of the chart of district court decisions at Exhibit A and extension request for Respondents' reply brief.

3

Dated: January 16, 2026

Respectfully submitted,

*/s/ Brooke M. Maurer*
Brooke M. Maurer
Senior Trial Attorney
Office of Immigration Litigation
Ben Franklin Station
P.O. Box 878
Washington, DC 20044
Ph: (202) 305-8291
Brooke.Maurer@usdoj.gov

*/s/ Judy Rabinovitz*
Judy Rabinovitz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
jrabinovitz@aclu.org

*Counsel for Respondents-Appellants*

*Counsel for Petitioner-Appellee*

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 540 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f), and this motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced and easy-to-read typeface using Microsoft Word in 14-point size font.

Pursuant to 8th Cir. R. 25, I certify that the foregoing document and attached Exhibit A have been scanned for viruses and are virus free.

/s/ *Judy Rabinovitz*
Judy Rabinovitz
January 16, 2026
*Counsel for Petitioner-Appellee*

Appellate Case: 25-3248    Page: 5    Date Filed: 01/16/2026 Entry ID: 5598133

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A true and correct copy of the foregoing motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Judy Rabinovitz*
Judy Rabinovitz
January 16, 2026
*Counsel for Petitioner-Appellee*

6

Appellate Case: 25-3248    Page: 6    Date Filed: 01/16/2026 Entry ID: 5598133