# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 25-3248

Joaquin Herrera Avila

Appellee

v.

Pamela Bondi, Attorney General, et al.

Appellants

Ryan Shea, Sheriff of Freeborn County

Immigration & Customs Enforcement, et al.

Appellants

------------------------------

American Immigration Council and American Immigration Lawyers Association

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-03741-JRT)
___

**ORDER**

The joint motion for extension of time to file the reply brief is granted. Appellants may have until January 23, 2026 to file the brief.

January 20, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler