# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Joaquin Avila vs. Pamela Bondi

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-3248 for the following party(s): (please specify)

All Respondents-Appellants

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Drew C. Ensign   s/: s/ Drew Ensign

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Avenue, NW

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): (202) 514-2331

Email Address: Drew.C.Ensign@usdoj.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 02/17/26 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: