# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

March 25, 2026

Drew C. Ensign
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

    RE:  25-3248  Joaquin Avila v. Pamela Bondi, et al

Dear Counsel:

    The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

        Susan E. Bindler
        Clerk of Court

DNS

Enclosure(s)

cc:    Natalie Behr
     Benjamin Casper
     Rebecca M. Cassler
     Clerk, U.S. District Court, District of Minnesota
     David W. Fuller
     Cameron Lane Youngs Giebink
     Benjamin Timothy Hayes
     Amit Jain
     Suchita D. Mathur
     Brooke Maurer
     Teresa Nelson

My Khanh Ngo
Kathleen Pleiss
Judy Rabinovitz
Katherine Lourdes Santamaria El Bayoumi
Michael King Thomas Tan
Russell John Verby
David L. Wilson
Emma Curtis Winger

District Court/Agency Case Number(s): 0:25-cv-03741-JRT

Appellate Case: 25-3248    Page: 2    Date Filed: 03/25/2026 Entry ID: 5621707