# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No. 25-3248

_____

Joaquin Herrera Avila

Petitioner - Appellee

v.

Pamela Bondi, Attorney General; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Sirce E. Owen, Acting Director for Executive Office for Immigration Review; Peter B. Berg, Director, Ft. Snelling Field Office Immigration and Customs Enforcement

Respondents - Appellants

Ryan Shea, Sheriff of Freeborn County

Respondent

Immigration & Customs Enforcement; Executive Office for Immigration Review; Department of Homeland Security; Samuel Olson, Director, St. Paul Field Office Immigration and Customs Enforcement

Respondents - Appellants

------------------------------

American Immigration Council; American Immigration Lawyers Association; Immigration Law Scholars

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-03741-JRT)

_____

**JUDGMENT**

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

Appellate Case: 25-3248    Page: 1    Date Filed: 03/25/2026 Entry ID: 5621710

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

March 25, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler