**No. 25-3248**

**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

Joaquin HERRERA AVILA,

*Petitioner–Appellee*,

v.

Todd BLANCHE, Acting Attorney General; *et al*.,

*Respondents–Appellants.*

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MINNESOTA
No. 0:25-cv-03741-JRT-SGE
Hon. John R. Tunheim

**PETITIONER-APPELLEE'S OPPOSED MOTION FOR 15-DAY
EXTENSION TO FILE PETITION FOR REHEARING**

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner-Appellee, Joaquin Herrera Avila ("Petitioner"), through undersigned counsel, respectfully moves for a brief 15-day extension to file his petition for rehearing or rehearing en banc from the Court's decision, *Herrera Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026). Currently, the rehearing petition is due on May 11, 2026. Petitioner-Appellee requests a new due date of May 26, 2026.

1

Petitioner is not detained. This motion is not filed for purposes of delay but only for good cause, as set forth below.

1. This appeal arises from the October 21, 2025, order of the United States District Court for the District of Minnesota granting Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

2. On March 25, 2026, a divided panel of this Court issued an opinion reversing the district court's grant of habeas relief. In doing so, the majority held, as a matter of statutory interpretation, that noncitizens present in the United States who have not been admitted are subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A). *Herrera Avila*, 170 F.4th at 1138.

3. Petitioner intends to file a petition for rehearing or rehearing en banc of the majority's decision based on the reasoning of the dissent as well as the hundreds of judges that have addressed the same issue of statutory interpretation. This case therefore presents important and disputed issues of law.

4. A 15-day extension is needed to accommodate multiple deadlines for Petitioner's counsel in cases before other Courts of Appeals addressing the same or similar legal issues as this appeal, including a Third Circuit response brief due on April 20 and oral arguments at the First Circuit on May 4 (*Guerrero Orellana v. Moniz*, No. 25-2152 & 26-1094), at the Fourth Circuit on May 5 (*Lopez Garcia v. Guadian*, No. 25-7044 & 25-7050), at the Third Circuit on May 11 (*Buele Morocho*

2

*v. Warden Philadelphia FDC*, No. 26-1150 & 26-1454), and at the Tenth Circuit on May 12 (*Quiroz v. Mullin*, No. 26-6019). A brief extension is also needed to accommodate existing deadlines and obligations in other litigation, including an opposition to a petition for certiorari due on April 28, a Ninth Circuit response brief due May 4, and sixteen discreet individual calendar hearings set between April 20 and May 11.

5.     A 15-day extension will also permit Petitioner's counsel time to coordinate with amici in support of rehearing.

6.     No parties are prejudiced by a brief delay of 15 days, especially since the *Herrera Avila* decision is in effect while Petitioner seeks rehearing.

7.     On April 16, 2026, undersigned counsel contacted counsel for Respondents-Appellants, Russel Verby, who stated on April 19 that they oppose this request.

WHEREFORE, for these reasons, Petitioner respectfully requests that the Court grant his motion for a 15-day extension of time to file his motion for rehearing or rehearing en banc by May 26, 2026.


Dated: April 20, 2026                    Respectfully submitted,

Judy Rabinovitz                          */s/ Michael K.T. Tan*
Natalie Behr                             Michael K.T. Tan
AMERICAN CIVIL LIBERTIES                 My Khanh Ngo
UNION FOUNDATION                         Oscar Sarabia Roman

Appellate Case: 25-3248     Page: 3     Date Filed: 04/20/2026 Entry ID: 5630673

125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
jrabinovitz@aclu.org
IRP_NBehr@aclu.org

Benjamin Casper
Teresa Nelson
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
MINNESOTA
P.O. Box 14720
Minneapolis, MN 55414
Tel.: (612) 274-7790
bcasper@aclu.org
tnelson@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
m.tan@aclu.org
mngo@aclu.org
osarabia@aclu.org

David L. Wilson
Cameron Lane Youngs Giebink
Katherine Lourdes Santamaria El
Bayoumi
WILSON LAW GROUP
3019 Minnehaha Avenue
Minneapolis, MN 55406
Tel.: (612) 436-7100
dwilson@wilsonlg.com
cgiebink@wilsonlg.com
ksantamaria@wilsonlg.com

*Counsel for Petitioner-Appellee*

Appellate Case: 25-3248    Page: 4    Date Filed: 04/20/2026 Entry ID: 5630673

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 486 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f), and this motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced and easy-to-read typeface using Microsoft Word in 14-point size font.

Pursuant to 8th Cir. R. 25, I certify that the foregoing document has been scanned for viruses and are virus free.

/s/ *Michael K.T. Tan*
Michael K.T. Tan
April 20, 2026
*Counsel for Petitioner-Appellee*

5

Appellate Case: 25-3248    Page: 5    Date Filed: 04/20/2026 Entry ID: 5630673

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A true and correct copy of the foregoing motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Michael K.T. Tan*
Michael K.T. Tan
April 20, 2026
*Counsel for Petitioner-Appellee*

6