# CERTIFICATE OF COMPLIANCE

The Motion for Leave to File Brief of *Amicus Curiae* Cities of Minneapolis and Saint Paul, MN and Kansas City Mayor Quinton Lucas complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 603 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

Dated: June 3, 2026          */s/ Jenny Ma*
                             JENNY MA

1