# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3248

Joaquin Herrera Avila

Appellee

v.

Todd Blanche, Acting Attorney General, et al.

Appellants

Ryan Shea, Sheriff of Freeborn County

Immigration & Customs Enforcement, et al.

Appellants

------------------------------

American Immigration Council, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-03741-JRT)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

June 17, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler