# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3248

Joaquin Herrera Avila

Appellee

v.

Todd Blanche, Acting Attorney General, et al.

Appellants

Ryan Shea, Sheriff of Freeborn County

Immigration & Customs Enforcement, et al.

Appellants

------------------------------

American Immigration Council, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-03741-JRT)

---

## MANDATE

In accordance with the opinion and judgment of March 25, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 25, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit